**Thomas H. HOWELL, Appellant,**

v.

**James F. RALLS, Jr., et al., Respondents.**

**No. WD 53698.**

Missouri Court of Appeals, Western District.

Sept. 23, 1997.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 28, 1997.

Application to Transfer Denied Dec. 23, 1997.

Richard Helfand, Kansas City, for Appellant.

Dale H. Close, Kansas City, for Respondent.

Before EDWIN H. SMITH, P.J., and SPINDEN and ELLIS, JJ.

## ORDER

PER CURIAM.

Thomas H. Howell appeals from the trial court's judgment affirming, pursuant to § 536.150, a decision of the Chief of Police of Kansas City, Missouri, suspending appellant from the Kansas City, Missouri, Police Department for five days without pay.

Judgment affirmed. Rule 84.16(b).